IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DENNIS LOYD NEWMAN,** ) | Civil Action No. 7:12-cv-00188 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **NRADC MEDICAL** ) | | |
| **DEPARTMENT, et al.,** ) | By: | Hon. Michael F. Urbanski |
| Defendant. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: May 11, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge